IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-cv-211-FL

| | |
|---|---|
| CHERYE P. STALLINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that she does not oppose Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative action.

SO ORDERED this 17th day of October, 2011.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE